**BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.**
**25 Abe Voorhees Drive**
**Manasquan, New Jersey 08736**
**(732) 223-8484**
**Attorneys for the Debtor**
**Peter J. Broege, Esq.**
**PB 9313**

## UNITED STATES BANKRUPTCY COURT
### District of New Jersey

| | | |
|---|---|---|
| In re: | : | |
| Gerard Losquadro | : | Chapter 13 Case No. 05-35919(RTL) |
| Debtor | : | Judge: Honorable Raymond T. Lyons |
| | : | |

### AMENDMENT TO SCHEDULE J

Gerard Losquadro, the Debtor herein, hereby amends Schedule J – Current Expenditures of Individual Debtor pursuant to Bankruptcy Rule 1009 to update his current monthly expenses since the filing of his Chapter 13 petition on August 12, 2005 as follows:

**See Attached**

### CERTIFICATION

Gerard Losquadro, the Debtor herein, hereby certifies that the attached Amended Schedule J reflects his current monthly expenses since the filing of his Chapter 13 petition on August 12, 2005 to the best of his knowledge, information and belief.

/s/ Gerard Losquadro

Sworn and subscribed to before me
this 22nd day of November, 2005

/s/ Kelly C. Walton
Notary Public of New Jersey
My Commission Expires March 8, 2006

IN RE **Losquadro, Gerard** _____  Case No. _____
                    Debtor(s)

**AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ **1,140.00** |
| Are real estate taxes included?   Yes ___  No ✓ | |
| Is property insurance included?   Yes ___  No ✓ | |
| Utilities:  Electricity and heating fuel | $ **200.00** |
|            Water and sewer | $ **40.00** |
|            Telephone | $ **150.00** |
|            Other **Cellular Telephone** | $ **300.00** |
|  | $ |
|  | $ |
| Home maintenance (repairs and upkeep) | $ **100.00** |
| Food | $ **400.00** |
| Clothing | $ **100.00** |
| Laundry and dry cleaning | $ **150.00** |
| Medical and dental expenses | $ |
| Transportation (not including car payments) | $ **300.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **150.00** |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|   Homeowner's or renter's | $ **50.00** |
|   Life | $ |
|   Health | $ **450.00** |
|   Auto | $ **550.00** |
|   Other _____ | $ |
|  | $ |
|  | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) **Estimated Tax Payments** | $ **6,200.00** |
|  | $ |
|  | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|   Auto | $ |
|   Other _____ | $ |
|  | $ |
| Alimony, maintenance, and support paid to others | $ **900.00** |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other **Portion Of Fees Paid To Employer For Assistant** | $ **2,085.00** |
|       **Payments To Aunt Debtor Cares For** | $ **1,400.00** |
|       **Automobile Used By Debtor - Loan Not In His Name** | $ **535.00** |
|  | $ |
|  | $ |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ **15,200.00** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

|   |   |
|---|---:|
| A.  Total projected monthly income | $ **18,442.33** |
| B.  Total projected monthly expenses | $ **15,200.00** |
| C.  Excess income (A minus B) | $ **3,242.33** |
| D.  Total amount to be paid into plan each **Monthly** _____ | $ **3,200.00** |
|                               (interval) | |

**AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only