UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ALBERT RUSSO
CN 4853
Trenton, New Jersey  08650
(609) 587-6888
Standing Chapter 13 Trustee

Order Filed on
7/29/2008
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

GERARD LOSQUADRO

Debtor(s)

Case No. 05-35919

Hearing Date: 07/29/08

Judge: RAYMOND T LYONS JR

### ORDER ON TRUSTEE'S MOTION / APPLICATION TO DISMISS AND TO DISBURSE FUNDS ON HAND

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: 7/29/2008

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

This matter having come before the Court on Motion/Application of Albert Russo, Trustee, for an Order Dismissing the Debtor's case and to disburse funds on hand, and good cause having been shown, it is hereby

**ORDERED** as follows:

☐ case is dismissed.

☐ case is converted to a proceeding under Chapter 7.

☐ case is converted to a proceeding under Chapter 11.

☑ upon case dismissal or conversion, any funds held by the Chapter 13 Trustee from payments made on account of Debtor(s) Plan, shall be disbursed to creditors, except as follows:

(a) $_____ shall be disbursed to Debtor(s) Counsel for Counsel Fees and Costs hereby allowed as an Administrative Expense;

(b) $_____ to _____ (creditor) for adequate protection payments pursuant to prior Order of the Court.

(c) Other: _____
_____
_____

*Approved by Judge Raymond T. Lyons  July 29, 2008*

☐ case is allowed to continue under Chapter 13 upon the following terms and conditions:

☐ (a) payments to the Trustee shall continue in the amount of _____ dollars / month for an additional _____ months;

☐ (b) Debtor(s) shall prepare and file with the Court a Wage Order for continuing Trustee payments;

☐ (c) If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed;

☐ (d) Other (i.e. Counsel Fee Award or other relief to moving party)

_____
_____
_____
_____

*Approved by Judge Raymond T. Lyons  July 29, 2008*