**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

BROEGE NEUMANN FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
Attorneys for the Debtor
Peter J. Broege, Esq.
PB 9313

In re:

Gerard Losquadro

      Debtor

Chapter 13 Case No. 05-35919(RTL)

Judge: Honorable Raymond T. Lyons

Order Filed on 8/19/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page, numbered two is hereby **ORDERED**.

**DATED: 8/19/2008**

*Raymond T. Lyons*
Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Page 2
Debtor: Gerard Losquadro
Case No: 05-35919(RTL)
Caption of Order: Order Granting Allowances

---

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to all creditors and other parties in interest as required; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

| Applicants | Commissions/Fees | Expenses |
|---|---|---|
| Broege Neumann Fischer & Shaver, LLC | $400.00 | $0.00 |

The above compensation shall be paid to Applicants through the Debtor's Chapter 13 Plan as an administrative priority claim.

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____, 20___, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

*Approved by Judge Raymond T. Lyons  August 19, 2008*