Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 05–35919–RTL  
Chapter: 13  
Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
Gerard Losquadro  
920 Raymere Ave  
Ocean, NJ 07712

Social Security No.:  
xxx–xx–0164

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: July 27, 2009              Raymond T. Lyons Jr.  
                                  Judge, United States Bankruptcy Court